IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:19 MJ 4253-JDG |
| v. | ) | MAGISTRATE JUDGE GREENBERG |
| | ) | <u>MOTION TO CONTINUE THE INITIAL</u> |
| | ) | <u>APPEARANCE</u> |
| JOSEPH FOWLES, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Joseph Fowles, by and through his counsel Peter Katz, of the Law Offices of Peter Katz, LLC, respectfully moves this Court, with the Government's consent, to continue the initial appearance currently scheduled for December 20, 2019 at 10:15 a.m. until a date in January. The accompanying Declaration of Peter Katz sets forth the reasons for this request.

Respectfully submitted,

_____
Peter Katz
Law Offices of Peter Katz, LLC
116 Village Blvd., 2nd Floor
Princeton, NJ 08540
(609) 734-4380
peter@pkatzlegal.com

## Declaration

Peter Katz, an attorney in good standing admitted to practice in the States of New Jersey and New York and admitted to the Northern District of Ohio *pro hac vice*, as described herein, hereby declares as follows under 28 U.S.C. §1746:

1. I am counsel for Joseph Fowles in the case of *United States v. Joseph Fowles*, 19 MJ 4253, currently pending in the Northern District of Ohio.

2. On December 12, 2019 I filed a motion to appear *Pro Hac Vice* as lead counsel for Mr. Fowles. That motion was granted by Your Honor on December 13, 2019.

3. In anticipation of that motion being granted, I had several discussions about Mr. Fowles' initial appearance with Courtroom Deputy Stacey Swonger and Assistant United States Attorney Carmen Henderson. On December 10, 2019, an initial appearance was scheduled by Your Honor in this case for December 20, 2019 at 10:15 a.m.

4. For several months I have had plans for a family vacation from December 20, 2019 through January 2, 2020, travelling through several states on the east coast.

5. Once I became aware of the initial appearance date, I contacted AUSA Henderson and notified her of my conflict and that I would request of the Court a different date either before December 20, 2019, or after January 2, 2020. AUSA Henderson did not object to my request. Together, we contacted Deputy Swonger to find a mutually convenient date. Dates prior to December 20, 2019 appear not to be mutually convenient.

6. Deputy Swonger, AUSA Henderson and I continue to discuss a possible mutually convenient date in early to mid-January 2020 for the initial appearance.

7. As such, I am respectfully requesting that the initial appearance currently scheduled for December 20, 2019 at 10:15 a.m. be continued and adjourned until a mutually convenient date for all parties in early to mid-January 2020. AUSA Henderson consents to this request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 13, 2019

                                     Respectfully submitted,

                                     Peter Katz
                                     Law Offices of Peter Katz, LLC
                                     116 Village Blvd., 2nd Floor
                                     Princeton, NJ 08540
                                     (609) 734-4380
                                     peter@pkatzlegal.com